1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  BENJAMIN LITTLEJOHN, JR.

11          Petitioner,                    No. CIV S-04-1714 DFL CMK P

12      vs.                                FINDINGS & RECOMMENDATIONS

13  SACRAMENTO COUNTY
    SHERIFF DEPARTMENT, et al.,
14
            Respondents.
15
    _____/
16

17          Petitioner is a state prisoner proceeding in forma pauperis and without counsel

18  with this application for a writ of habeas corpus.

19          The exhaustion of available state remedies is a prerequisite to a federal court's

20  consideration of claims sought to be presented in habeas corpus proceedings.  See Rose v.

21  Lundy, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b).  A petitioner can satisfy the exhaustion

22  requirement by providing the highest state court with a full and fair opportunity to consider all

23  claims before presenting them to the federal court.  Picard v. Connor, 404 U.S. 270, 276 (1971),

24  Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).

25          After reviewing the amended petition for habeas corpus, the court finds that

26  petitioner has failed to exhaust state court remedies.  Petitioner states that he "has not had a

1

1  hearing yet on [his] writ. All they did was endorse and stamp [his] writ...." (Am. Pet. at 4.) The

2  claims have not been presented to the California Supreme Court.  Further, there is no allegation

3  that state court remedies are no longer available to him.  Accordingly, IT IS HEREBY

4  RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed for

5  failure to exhaust state remedies.

6          These findings and recommendations will be submitted to the United States

7  District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

8  twenty days after being served with these findings and recommendations, petitioner  may file

9  written objections with the court.  Such a document should be captioned "Objections to Findings

10 and Recommendations."  Petitioner is advised that failure to file objections within the specified

11 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

12 (9th Cir. 1991).

13

14 DATED:   March 14, 2007.

15

16                                              _____
                                                CRAIG M. KELLISON
17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2