**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN LITTLEJOHN, JR., | No. CIV S-04-1714-RRB-CMK-P |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On March 15, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Petitioner has not filed objections to the findings and recommendations, despite having been granted an extension of time to do so.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 15, 2007, are adopted in full;

2. Petitioner's petition for writ of habeas corpus is dismissed for failure to exhaust state remedies; and

3. The Clerk of the Court is directed to enter judgment and close this file.

ENTERED this 28th day of September, 2007.

                          S/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT JUDGE